**Order filed, September 04, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00673-CV

_____

**MARY L. JAMES, Appellant**

**V.**

**HOUSTON HOUSING AUTHORITY, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1043672**

---

## ORDER

The reporter's record in this case was due **May 09, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Oliver**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM